UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-32418 |
|---|---|
| ROBERT L. BRADSHAW SR. | (Chapter 13) |
| PATRICIA BRADSHAW | |
| Debtors | JUDGE LAWRENCE S. WALTER |

MOTION TO ORDER US BANK HOME MORTGAGE
TO ADJUST REAL ESTATE MORTGAGE

38

Now comes the Chapter 13 Trustee and moves the Court for an Order requiring US BANK HOME MORTGAGE, its successors and assignees, to show upon its books and records that the Debtors have paid all arrearages, interests, costs, expenses and claims set forth in the original and any amended proof of claim filed by US BANK HOME MORTGAGE in this case and that the Debtors shall begin making their real estate mortgage payment to US BANK HOME MORTGAGE beginning with the payment due October 2010.

MEMORANDUM IN SUPPORT

The Chapter 13 Trustee reports that according to the Trustee's records in this case, all real estate mortgage arrearages, interest, costs, fees, charges including charges for taxes and insurance and other fees 'passed through' and claims set forth in the original and any amended proof of claim filed by US BANK HOME MORTGAGE in this case and that the balance on the debtor's real estate mortgage loan with US BANK HOME MORTGAGE is current including all escrows for taxes and insurance and other items paid to third parties, and including the mortgage payment due for the month of September 2010. The Trustee is requesting an order requiring the mortgage holder to adjust its books and records.

Any objection filed must contain: copies of US BANK HOME MORTGAGE's original and amended proof of claim, a true and accurate copy of its records setting forth the balance due at time this case was filed, the date and amounts of all payments received and the total balance presently claimed to be due, including for the month of September 2010.

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

## CERTIFICATE OF SERVICE OF 21 DAY NOTICE

NOTICE is hereby given that unless a responsive pleading is filed within 21 days from the date of this service, an order granting this motion may be issued by the Court without further notice or hearing as provided by L.B.R.9013-1(b). If a responsive pleading to this motion is timely filed, then this matter shall be set for a 7016 telephone conference at a date and time to be determined.

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

| | | |
|---|---|---|
| JEFFREY M. KELLNER<br>CHAPTER 13 TRUSTEE<br>131 N LUDLOW ST SUITE 900<br>DAYTON, OH 45402-1161 | OFFICE OF THE U S TRUSTEE<br>170 NORTH HIGH ST<br>SUITE 200<br>COLUMBUS, OH 43215 | U S ATTORNEY<br>602 FEDERAL BLDG<br>200 W SECOND ST<br>DAYTON, OH 45402 |
| U S ATTORNEY GENERAL<br>MAIN JUSTICE BLDG ROOM 5111<br>10TH & CONSTITUTION AVE NW<br>WASHINGTON, DC 20530 | UNITED STATES ATTORNEYS OFFICE<br>221 E FOURTH ST<br>SUITE 400<br>CINCINNATI, OH 45202 | BRIAN C PETROZIELLO<br>1 MAPLE ST<br>TROTWOOD, OH 45426 |
| ROBERT L. BRADSHAW SR.<br>PATRICIA BRADSHAW<br>3959 THOMPSON DR<br>DAYTON, OH 45416 | BRIAN C PETROZIELLO<br>1 MAPLE ST<br>TROTWOOD, OH 45426 | (36.1n)<br>GE MONEY BANK<br>ATTN RAMESH SINGH<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131 |
| (39.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA 23541 | (38.1)<br>US BANK HOME MORTGAGE<br>4801 FREDERICA ST<br>BOX 20005<br>OWENSBORO, KY 42304 | (32.1n)<br>WASHINGTON MUTUAL<br>BOX 44090<br>JACKSONVILLE, FL 32231 |

Jeffrey M Kellner, Trustee    /s/ Jeffrey M. Kellner    sw

0732418_350_20100921_0708_093/T285_sw
###